Exhibit 3 to the Complaint.

# U.S. Patent No. 8,671,195 v. Sirius XM Radio, Inc.

# Claims 1, 2, 3, 13, 17, 18, 19, 23.

Exhibit 3 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A digital media communication protocol, comprising: | Sirius XM Radio, Inc. ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides SiriusXM for Business which is an internet-based radio service. It includes a SXBR3, streaming player which is designed for streaming music channels. This device receives music channels from a SiriusXM server through a wireless internet connection, facilitating the streaming of music channels. The wireless internet connection is used by the SiriusXM for Business to deliver music ("digital media communication protocol").<br><br><br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

**Can I install SiriusXM Music for Business equipment myself?**

Absolutely. For satellite, you'll need to make sure the SiriusXM antenna supplied with your radio is mounted outside with a clear view to the sky. To access our streaming service, you have three equipment options: 1) A SiriusXM streaming radio, which requires an internet connection; 2) An internet-connected computer that can access our service via our Web Player (an Ethernet cable is better than WiFi); 3) The SiriusXM app, which can be downloaded and accessed on both Android and iOS tablets and mobile devices. Once installed, these solutions can be easily connected to your existing business audio system/speakers. If you prefer professional installation, we can refer you to a professional installer in your area. Just let us know when you subscribe.

Source: https://www.siriusxm.com/business

3

Exhibit 3 to the Complaint.

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/ g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/ WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 5

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.

| | |
|---|---|
| | **Easy Connection to a Wireless Network**<br><br>1.  Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.<br><br>2.  If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.<br><br>    Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.<br><br>3.  Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.<br><br>4.  At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.<br><br>5.  Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune Knob** to highlight your wireless network and then press the **Tune knob** to select.<br><br>6.  The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.<br><br>7.  To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.<br><br>8.  When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.<br><br>If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.1] at least one media terminal disposed in an accessible | Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 3 to the Complaint.

| | |
|---|---|
| rela tion to at least one interactive computer network, | For example, the SXBR3 player ("media terminal") receives music channels from the SiriusXM server through a wireless internet connection ("interactive computer network") to stream music channels. The SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password, the SXBR3 player establishes a connection to the internet, enabling it ("accessible relation ") to receive music channels from the SiriusXM server. |



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

Exhibit 3 to the Complaint.

# SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

*media terminal*

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

---

**Step 1: Connect to a Wireless Network**

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

7

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.2]  a wireless | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network. |
|---|---|

Exhibit 3 to the Complaint.

| | |
|---|---|
| range structured to permit authorized access to said at least one interactive computer network, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password ("permit authorized access"), the SXBR3 player establishes a connection to the internet, enabling it to receive music channels from the SiriusXM server. It would be apparent to a person of ordinary skill in the art that wireless range is structured to permit authorized access to at least one interactive computer network.<br><br><br>powered by Sirv<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br>Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers |

Exhibit 3 to the Complaint.

## SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

## Installation                                          SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business
subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If
you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for
Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The
Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/
g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/
WPA2 Personal security protected and require a password, and wireless networks where the network name
(SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your
network settings so you will not have to enter the information again, unless you perform a Reset to Factory
Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

11

Exhibit 3 to the Complaint.

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.

<table>
<tr>
<td></td>
<td>

**Easy Connection to a Wireless Network**

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.3] at least one media node disposable within said

</td>
<td>

Company makes, uses, sells and/or offers to sell at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

</td>
</tr>
</table>

Exhibit 3 to the Complaint.

| | |
|---|---|
| wireless range, wherein said at least one media node is detectable by said at least one media terminal, | For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM server regarding the available music channels. The user then selects a music channel from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent to a person of ordinary skill in the art that at least one media node is disposable within the wireless range, wherein at least one media node is detectable by at least one media terminal.<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br><br>media node<br><br>Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)<br><br>**SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.<br><br>media node<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated) |

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] at least one digital | Company makes, uses, sells and/or offers to sell at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said |
|---|---|

Exhibit 3 to the Complaint.

| | |
|---|---|
| media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range, | at least one media node disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM server regarding the available music channels. The user then selects a music channel ("digital media file") from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent for a person having ordinary skills in the art that digital media file is initially disposed on a media node (SiriusXM server) and at least one media terminal (SXBR3 player) is structured to detect at least one media node located within the wireless range.<br><br><br><br>media terminal<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

*media node*

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

## SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

*media node*

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

17

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5]  a communicati | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive |
|---|---|

Exhibit 3 to the Complaint.

| | |
|---|---|
| on link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network, | computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player streams music channels from the SiriusXM servers through internet connection ("communication link"). Therefore, it would be apparent to a person of ordinary skill in the art that communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network.<br><br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br><br>Source: |

Exhibit 3 to the Complaint.

https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.

<table>
<tr>
<td></td>
<td>



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>[1.6] said communication link being initiated by said at least one media terminal,</td>
<td>

Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player ("media terminal") enables the user to input the username and password associated with their SiriusXM subscription, facilitating music channel streaming from SiriusXM server (media node) via the selected wireless internet connection. Following this, the SXBR3 player grants the user the option to select a music channel from the available list. It would be apparent to a person having ordinary skill in the art that the communication link is initiated by at least one media terminal.
</td>
</tr>
</table>

23

Exhibit 3 to the Complaint.



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.7] said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communicati | Company makes, uses, sells and/or offers to said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SiriusXM server ("media node") transmits ("structured to transmit") the selected music channel ("digital media file") to SXBR3 player ("media terminal"). |
|---|---|

Exhibit 3 to the Complaint.

| | |
|---|---|
| on<br>link, and |  <br>powered by Sirv <br><br>**media terminal**<br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small. |

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

**media node**

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

28

Exhibit 3 to the Complaint.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



## Enter your SiriusXM Username and Passwod

### Step-by-Step

1. From the Home Menu
2. Scroll to Settings and press Knob to select
3. Press Knob to select SiriusXM Account
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.8] said communication link is structured to bypass at least one media terminal security measure. | Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password ("bypassing the security measure"). Therefore, upon information and belief, the communication link is structured to bypass at least one media terminal security measure. |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. <u>All you need to do is connect power, internet,</u> and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that <u>allows the player to connect to the SiriusXM streaming servers</u>. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

media terminal

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

32

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [2]      The digital media communication    protocol recited in claim        1 wherein said    digital media file is initially disposed    on said   at   least one    media node. | Company makes, uses, sells and/or offers to sell said digital media file is initially disposed on said at least one media node. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the SiriusXM server initially stores ("disposed") the music channel ("digital media file") and transmits the music channel to the SXBR3 player through the wireless internet connection. |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3



### Step-by-Step

1. From the **Home Screen**
2. Press **Soft Key of the music you want to listen to**
3. Use the Scroll Knob to select your desired channel

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [3] The digital media communication protocol recited in claim 2 wherein said at least one media terminal is structured to display said at least one digital media | Company makes, uses, sells and/or offers to sell said at least one media terminal is structured to display said at least one digital media file.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player displays the selected music channel.<br><br>**SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 |

Exhibit 3 to the Complaint.

file.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Exhibit 3 to the Complaint.

| | |
|---|---|
| [13]      The digital media communication protocol recited in claim 1 wherein said communication link is structured to bypass at least one networking device security measure. | Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one networking device security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player ("networking device") and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password ("bypass at least one networking device security measure"). Therefore, upon information and belief, the communication link is structured to bypass at least one networking device security measure.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

### SiriusXM Music for Business
#### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 |

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



## Step-by-Step

1. From the **Home Menu**
2. Scroll to **Settings** and press Knob to select
3. Press Knob to select **SiriusXM Account**
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

## Step-by-Step

1. From the **Home Screen**
2. Press **Soft Key of the music you want to listen to**
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [17.P] A digital media communication protocol, comprising | Sirius XM Radio, Inc. ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides SiriusXM for Business which is an internet-based radio service. It includes a SXBR3, streaming player which is designed for streaming music channels. This device receives music channels from a SiriusXM server through a wireless internet connection, facilitating the streaming of music channels. The wireless internet connection is used by the SiriusXM for Business to deliver music ("digital media communication protocol"). |

Exhibit 3 to the Complaint.



powered by Sirv

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

Exhibit 3 to the Complaint.

### Can I install SiriusXM Music for Business equipment myself?

Absolutely. For satellite, you'll need to make sure the SiriusXM antenna supplied with your radio is mounted outside with a clear view to the sky. To access our streaming service, you have three equipment options: 1) A SiriusXM streaming radio, which requires an internet connection; 2) An internet-connected computer that can access our service via our Web Player (an Ethernet cable is better than WiFi); 3) The SiriusXM app, which can be downloaded and accessed on both Android and iOS tablets and mobile devices. Once installed, these solutions can be easily connected to your existing business audio system/speakers. If you prefer professional installation, we can refer you to a professional installer in your area. Just let us know when you subscribe.

Source: https://www.siriusxm.com/business

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/
g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/
WPA2 Personal security protected and require a password, and wireless networks where the network name
(SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your
network settings so you will not have to enter the information again, unless you perform a Reset to Factory
Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 5

Exhibit 3 to the Complaint.

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

#### Easy Connection to a Wireless Network

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.



45

Exhibit 3 to the Complaint.

| | |
|---|---|
| | Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [17.1] at least one media terminal and at least one media node disposed in an accessible relation with at least one inter active computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal and at least one media node disposed in an accessible relation with at least one inter active computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player ("media terminal") receives music channels from the SiriusXM server through a wireless internet connection ("interactive computer network") to stream music channels. The SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password, the SXBR3 player establishes a connection to the internet, enabling it ("accessible relation ") to receive music channels from the SiriusXM server.<br><br>media terminal<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

## SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

media terminal

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source:  https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source:  https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

47

Exhibit 3 to the Complaint.



media terminal

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [17.2] at least one digital media file initially | Company makes, uses, sells and/or offers to sell at least one digital media file initially disposed on at least one of said media terminal or said media node, said at least one media terminal structured to detect said at least one media node.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 3 to the Complaint.

| disposed on at least one of said media terminal or said media node, said at least one media terminal structured to detect said at least one media node, | For example, the SiriusXM server stores ("initially disposed") the multiple music channels ("digital media file"). The SXBR3 player receives multiple music channels from the SiriusXM server. The SXBR3 player receives music channels from the SiriusXM server, and the user can select one music channel from the list on the SXBR3 player. After the user makes their music channel selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server.  Therefore, it would be apparent to a person of ordinary skill in the art that SXBR3 player ("at least one media terminal") is structured to detect SiriusXM server ("at least one media node"). |
|---|---|



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media node

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

Exhibit 3 to the Complaint.

(annotated)

## SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

media node

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3
(annotated)

media terminal



Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music
   you want to listen to
3. Use the Scroll Know to select
   your desired channel

media terminal transmits a
streaming request to the
media node

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

51

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [17.3] a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said inter active | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said inter active computer network. |
| --- | --- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the SXBR3 player scans multiple wireless network connections, and the user selects one network to enter the password for the chosen wireless internet connection. After entering the password, the SXBR3 player connects to the internet. Following this connection, the user enters the username and password for their SiriusXM subscription to enable music channel streaming. This process establishes a communication channel between the SXBR3 player and the SiriusXM server for streaming music channels. It is apparent to a person of ordinary skill in the art that this communication channel comprises a structured communication link, facilitating a communicative relationship between at least one media terminal and at least one media node via at least one interactive computer. |

Exhibit 3 to the Complaint.

| computer network, |  The Gra____ ____ird-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small. |

media terminal

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

# SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [17.4] said communication link being initiated by said at least one media terminal, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player scans multiple wireless network connections, and the user selects one network to enter the password for the chosen wireless internet connection. After entering the password, the SXBR3 player connects to the internet. Following this connection, the user enters the username and password for their SiriusXM subscription to enable music channel streaming. This process establishes a communication channel ("communication link") between the SXBR3 player and the SiriusXM server for streaming music channels. Therefore, a communication link is initiated by the SXBR3 player ("media terminal"). |
|---|---|

Exhibit 3 to the Complaint.



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

# SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



media terminal

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [17.5] said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link, wherein | Company makes, uses, sells and/or offers to sell said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player utilizes the established communication channel for streaming music channel from the SiriusXM server.<br><br> media terminal<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small. |

Exhibit 3 to the Complaint.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media node

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



## Enter your SiriusXM Username and Passwod

**SXBR3 SETUP GUIDE**

**DynamicMedia**

### Step-by-Step

1. From the **Home Menu**
2. Scroll to **Settings** and press Knob to select
3. Press Knob to select **SiriusXM Account**
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the **Home Screen**
2. Press **Soft Key of the music you want to listen to**
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [17.6] said communication link is structured to bypass at least one media terminal security measure. | Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password ("bypass at least one media terminal security measure"). Therefore, upon information and belief, the communication link is structured to bypass at least one media terminal security measure. |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

65

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



**Enter your SiriusXM Username and Passwod**

DynamicMedia

**Step-by-Step**

1. From the **Home Menu**
2. Scroll to **Settings** and press Knob to select
3. Press Knob to select **SiriusXM Account**
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

**Step-by-Step**

1. From the **Home Screen**
2. Press **Soft Key of the music you want to listen to**
3. Use the **Scroll Know** to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Company.

| | |
|---|---|
| [18] The digital media communication protocol recited in claim 17 further comprising a wireless range structured to permit authorized access to said at least one interactive computer | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player scans multiple wireless network connections, and a user selects one wireless network within its wireless range to enter a password for the chosen wireless internet connection. After entering the selected wireless internet connection password, the SXBR3 player is connected to the internet, enabling it to receive music channels from the SiriusXM server. It would be apparent to a person of ordinary skill in the art that the digital media communication protocol comprises a wireless range structured to permit authorized access to said at least one interactive computer network. |

Exhibit 3 to the Complaint.

network.



powered by Sirv

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.

# Installation

SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

## Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.



**Easy Connection to a Wireless Network**

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

*interactive computer network*

*interactive computer network*

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Company.

| | |
|---|---|
| [19]  The digital media communication protocol recited in claim 18 wherein | Company makes, uses, sells and/or offers to sell said at least one media node is disposable within said wireless range and detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player receives multiple music channels from the SiriusXM server through internet connection. The user selects one music channel from the list of multiple music channels on the SXBR3 player. The SXBR3 player |

Exhibit 3 to the Complaint.

| said at least one media node is disposable within said wireless range and detectable by said at least one media terminal. | transmits a streaming request for the selected music channel to the SiriusXM server. It would be apparent to a person of ordinary skill in the art that at least one media node is disposable within said wireless range and detectable by said at least one media terminal. <br><br>  <br> powered by Sirv <br><br> **media terminal** <br><br> The Grace Digital SXBR3 is the third-generation of SiriusXMs most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small. <br><br> Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) <br><br> In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced. <br><br> **media node** <br><br> Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated) |

Exhibit 3 to the Complaint.

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

### Easy Connection to a Wireless Network

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.




media terminal

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Company.

| [23.P]      A digital media | Sirius XM Radio, Inc. ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol. |

Exhibit 3 to the Complaint.

| communication protocol, comprising: | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

For example, Company provides SiriusXM for Business which is an internet-based radio service. It includes a SXBR3, streaming player which is designed for streaming music channels. This device receives music channels from a SiriusXM server through a wireless internet connection, facilitating the streaming of music channels. The wireless internet connection is used by the SiriusXM for Business to deliver music ("digital media communication protocol").



powered by Sirv

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

Exhibit 3 to the Complaint.

**Can I install SiriusXM Music for Business equipment myself?**

Absolutely. For satellite, you'll need to make sure the SiriusXM antenna supplied with your radio is mounted outside with a clear view to the sky. To access our streaming service, you have three equipment options: 1) A SiriusXM streaming radio, which requires an internet connection; 2) An internet-connected computer that can access our service via our Web Player (an Ethernet cable is better than WiFi); 3) The SiriusXM app, which can be downloaded and accessed on both Android and iOS tablets and mobile devices. Once installed, these solutions can be easily connected to your existing business audio system/speakers. If you prefer professional installation, we can refer you to a professional installer in your area. Just let us know when you subscribe.

Source: https://www.siriusxm.com/business

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 5

Exhibit 3 to the Complaint.

## Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

### Easy Connection to a Wireless Network

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.





If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.1] at least one media terminal disposed in an accessible relation to at least one interactive computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player ("media terminal") receives music channels from the SiriusXM server through a wireless internet connection ("interactive computer network") to stream music channels. The SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password, the SXBR3 player establishes a connection to the internet, enabling it ("accessible relation ") to receive music channels from the SiriusXM server.<br><br><br><br>media terminal<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media terminal

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers
(annotated)

## SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

media terminal

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source:  https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3
(annotated)

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source:  https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.



### Easy Connection to a Wireless Network

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

interactive computer network

media terminal

interactive computer network

Exhibit 3 to the Complaint.



| | |
|---|---|
| | Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.2]    a wireless range structured    to | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 3 to the Complaint.

| | |
|---|---|
| permit authorized access to said at least one interactive computer network, | For example, The SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password ("permit authorized access"), the SXBR3 player establishes a connection to the internet, enabling it to receive music channels from the SiriusXM server. It would be apparent to a person of ordinary skill in the art that wireless range is structured to permit authorized access to at least one interactive computer network.<br><br><br>powered by **Sirv**<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br>Source:<br>https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers |

Exhibit 3 to the Complaint.

# SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

## Installation
SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 3 to the Complaint.



**Easy Connection to a Wireless Network**

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

<span style="color:red">interactive computer network</span>

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [23.3] at least one media node disposed within said wireless range, | Company makes, uses, sells and/or offers to sell at least one media node disposed within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM |

Exhibit 3 to the Complaint.

| | |
|---|---|
| wherein said at least one media node is detectable by said at least one media terminal, | server regarding the available music channels. The user then selects a music channel from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent to a person of ordinary skill in the art that at least one media node is disposable within the wireless range, wherein at least one media node is detectable by at least one media terminal. |

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media node

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

## SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

media node

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [23.4] at least one digital media file disposed on | Company makes, uses, sells and/or offers to sell at least one digital media file disposed on said at least one media node, said at least one media terminal being structured to detect said at least one media node.

This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 3 to the Complaint.

| | |
|---|---|
| said at least one media node, said at least one media terminal being struc tured to detect said at least one media node, | For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM server regarding the available music channels. The user then selects a music channel ("digital media file") from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent for a person having ordinary skills in the art that digital media file is initially disposed on a media node (SiriusXM server) and at least one media terminal (SXBR3 player) is structured to detect at least one media node located within the wireless range. |



powered by Sirv

**media terminal**

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

**media node**

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

Exhibit 3 to the Complaint.

(annotated)

## SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

media node

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3
(annotated)

media terminal



### Step-by-Step

1. From the **Home Screen**
2. Press **Soft Key of the music
   you want to listen to**
3. **Use the Scroll Know to select
   your desired channel**

media terminal transmits
a streaming request to
the media node

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [23.5]   a communication   link structured to dispose said at least one media terminal   and said   at   least one   media node in a communicative   relation with   one another   via said at least one | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player streams music channels from the SiriusXM servers through internet connection ("communication link"). Therefore, it would be apparent to a person of ordinary skill in the art that communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network. |

Exhibit 3 to the Complaint.

| interactive computer network, |  powered by Sirv |
|---|---|

**media terminal**

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

**media node**

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers
(annotated)

**media node**

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.

(annotated)



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.



media terminal

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [23.6] said communication link being initiated by said at least one media terminal and structured to bypass at least one media terminal security measure, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal and structured to bypass at least one media terminal security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player ("media terminal") enables the user to input the username and password associated with their SiriusXM subscription, facilitating music channel streaming from SiriusXM server (media node) via the selected wireless internet connection. Following this, the SXBR3 player grants the user the option to select a music channel from the available list. It would be apparent to a person having ordinary skill in the art that the communication link is initiated by at least one media terminal. Further, the SXBR3 player and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password (bypassing the security measure). Therefore, upon information and belief, the wireless channel created between SXBR3 player and the SiriusXM server bypasses at least one media terminal security measure. |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media terminal

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers
(annotated)

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 3 to the Complaint.

| | |
|---|---|
| | 
Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Company. |
| [23.7] said media node structured to transmit said at least one digital media file to said media terminal via said communication link. | Company makes, uses, sells and/or offers to sell said media node structured to transmit said at least one digital media file to said media terminal via said communication link.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SiriusXM server ("media node") transmits ("structured to transmit") the selected music channel ("digital media file") to SXBR3 player ("media terminal").



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |

Exhibit 3 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media node

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers
(annotated)

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

98

Exhibit 3 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 3 to the Complaint.



**Enter your SiriusXM Username and Passwod**

DynamicMedia

### Step-by-Step

1. From the **Home Menu**
2. Scroll to **Settings** and press Knob to select
3. Press Knob to select **SiriusXM Account**
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the **Home Screen**
2. Press **Soft Key of the music you want to listen to**
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 3 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Exhibit 3 to the Complaint.

## 2.  List of References

1. https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, last accessed on November 17, 2023.
2. https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, last accessed on November 17, 2023.
3. https://sxmbusiness.com/, last accessed on November 17, 2023.
4. https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers, last accessed on November 17, 2023.