Exhibit 4 to the Complaint.

**U.S. Patent No. 9,300,723 v. Sirius XM Radio, Inc.**

**Claims 1, 3, 5, 6, 8, 9.**

Exhibit 4 to the Complaint.

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A media system, comprising | Sirius XM Radio, Inc. ("Company") makes, uses, sells and/or offers to sell a media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides SiriusXM for Business ("media system") which is an internet-based radio service. It includes a SXBR3, streaming player which is designed for streaming music channels. This device receives music channels from a SiriusXM server through a wireless internet connection, facilitating the streaming of music channels. The wireless internet connection is used by the SiriusXM for Business to deliver music.<br><br><br>powered by Sirv<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ |

Exhibit 4 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers

**Can I install SiriusXM Music for Business equipment myself?**

Absolutely. For satellite, you'll need to make sure the SiriusXM antenna supplied with your radio is mounted outside with a clear view to the sky. To access our streaming service, you have three equipment options: 1) A SiriusXM streaming radio, which requires an internet connection; 2) An internet-connected computer that can access our service via our Web Player (an Ethernet cable is better than WiFi); 3) The SiriusXM app, which can be downloaded and accessed on both Android and iOS tablets and mobile devices. Once installed, these solutions can be easily connected to your existing business audio system/speakers. If you prefer professional installation, we can refer you to a professional installer in your area. Just let us know when you subscribe.

Source: https://www.siriusxm.com/business

3

Exhibit 4 to the Complaint.

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/
g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/
WPA2 Personal security protected and require a password, and wireless networks where the network name
(SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your
network settings so you will not have to enter the information again, unless you perform a Reset to Factory
Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 5

### Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks,
and then choose your wireless network from the list of wireless networks. The Business Radio will
automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to
manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects
a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



## Enter your SiriusXM Username and Passwod

### Step-by-Step

1. From the Home Menu
2. Scroll to Settings and press Knob to select
3. Press Knob to select SiriusXM Account
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 4 to the Complaint.

<table>
<tr>
<td></td>
<td>

Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.1] at least one media terminal disposed in an accessible rela tion to at least one interactive computer network,

</td>
<td>

Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player ("media terminal") receives music channels from the SiriusXM server through a wireless internet connection ("interactive computer network") to stream music channels. The SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password, the SXBR3 player establishes a connection to the internet, enabling it ("accessible relation ") to receive music channels from the SiriusXM server.

</td>
</tr>
</table>

Exhibit 4 to the Complaint.



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media terminal

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

# SiriusXM Music for Business

## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

media terminal

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 4 to the Complaint.

(annotated)

**Step 1: Connect to a Wireless Network**

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.2]   a wireless range structured   to | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| permit authorized access to said at least one interactive computer network, | For example, the SXBR3 player scans multiple wireless network connections, allowing the user to choose one. Once a wireless network is selected, the user enters the password for the chosen connection. After successfully entering the password ("permit authorized access"), the SXBR3 player establishes a connection to the internet, enabling it to receive music channels from the SiriusXM server. It would be apparent to a person of ordinary skill in the art that wireless range is structured to permit authorized access to at least one interactive computer network.<br><br><br>powered by Sirv<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br>Source:<br>https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers |

Exhibit 4 to the Complaint.

# SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace
digital player to you network, and (2) allowing it to communicate
with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

## Installation
                                    SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business
subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If
you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for
Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The
Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/
g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/
WPA2 Personal security protected and require a password, and wireless networks where the network name
(SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your
network settings so you will not have to enter the information again, unless you perform a Reset to Factory
Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

## Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks,
and then choose your wireless network from the list of wireless networks. The Business Radio will
automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to
manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects
a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.3] at least one media node disposable within said wireless range, | Company makes, uses, sells and/or offers to sell at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM |

Exhibit 4 to the Complaint.

| | |
|---|---|
| wherein said at least one media node is detectable by said at least one media terminal, | server regarding the available music channels. The user then selects a music channel from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent to a person of ordinary skill in the art that at least one media node is disposable within the wireless range, wherein at least one media node is detectable by at least one media terminal.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

*media node*

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

## SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.   *media node*

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated) |

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] at least one digital media file initially | Company makes, uses, sells and/or offers to sell at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range. |
|---|---|

Exhibit 4 to the Complaint.

| | |
|---|---|
| disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being struc tured to detect said at least one media node disposed within said wireless range, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player receives multiple music channels from the SiriusXM server ("media node") through the selected wireless internet connection. Utilizing this connection, the SXBR3 player communicates with the SiriusXM server regarding the available music channels. The user then selects a music channel ("digital media file") from the list presented on the SXBR3 player. Following the user's selection, the SXBR3 player sends a streaming request for the chosen music channel to the SiriusXM server, initiating the streaming process. It would be apparent for a person having ordinary skills in the art that digital media file is initially disposed on a media node (SiriusXM server) and at least one media terminal (SXBR3 player) is structured to detect at least one media node disposed within the wireless range.<br><br>media terminal<br><br><br><br>powered by Sirv<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)<br><br>media node<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br>Source: |

Exhibit 4 to the Complaint.

https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

## SiriusXM Music for Business
Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

media node

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)



media terminal

### Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel

media terminal transmits a streaming request to the media node

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

18

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5]   a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player streams music channels from the SiriusXM servers through internet connection ("communication link"). Therefore, it would be apparent to a person of ordinary skill in the art that communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network. |

Exhibit 4 to the Complaint.

| interactive computer network, |  **media terminal**<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small. |
|---|---|

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

**media node**

Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)

**media node**

# SiriusXM Music for Business
## Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

20

Exhibit 4 to the Complaint.

(annotated)



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 4 to the Complaint.



Exhibit 4 to the Complaint.

<table>
<tr>
<td></td>
<td>



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>[1.6]   said communication link being initiated by said at least one media terminal,</td>
<td>

Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player ("media terminal") enables the user to input the username and password associated with their SiriusXM subscription, facilitating music channel streaming from SiriusXM server (media node) via the selected wireless internet connection. Following this, the SXBR3 player grants the user the option to select a music channel from the available list. It would be apparent to a person having ordinary skill in the art that the communication link is initiated by at least one media terminal.
</td>
</tr>
</table>

Exhibit 4 to the Complaint.



media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.

powered by Sirv

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated)

# SiriusXM Music for Business

Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44 (annotated)

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 4 to the Complaint.

<table>
<tr>
<td></td>
<td>



media terminal

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[1.7] said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication
</td>
<td>

Company makes, uses, sells and/or offers to sell said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SiriusXM server ("media node") transmits ("structured to transmit") the selected music channel ("digital media file") to SXBR3 player ("media terminal").





powered by Sirv

media terminal

The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.
</td>
</tr>
</table>

Exhibit 4 to the Complaint.

| link, and | Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |
|---|---|
| | In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br><br>media node<br><br>Source:<br>https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers (annotated)<br><br>**SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 |

Exhibit 4 to the Complaint.



Source:  https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)

Exhibit 4 to the Complaint.



## Enter your SiriusXM Username and Passwod

**DynamicMedia**

### Step-by-Step

1. From the Home Menu
2. Scroll to Settings and press Knob to select
3. Press Knob to select SiriusXM Account
4. Use the Knob to enter your SiriusXM Username and Password



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.8] said communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to | Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node to only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password ("bypass at least one media terminal security measure"). The SiriusXM server utilizes that communication channel exclusively for transmitting the selected music channel to the SXBR3 player ("bypass at least one media terminal security measure for a limited permissible use of the communication link by the media node"). The SXBR3 player displays the requested music channel. Therefore, upon information and belief, the wireless channel created between SXBR3 player and the SiriusXM server bypasses at least one media terminal security measure for a limited permissible use of the communication link. |
| --- | --- |

Exhibit 4 to the Complaint.

| | |
|---|---|
| only transferring the at least one digital media file to, and displaying the at least one digital media file on, the at least one media terminal. | In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced. <br><br> Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers <br><br> ## SiriusXM Music for Business <br> ### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide <br><br> This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music. <br><br> Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 |

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to the production of such source code by Company.

| [3]  The method of claim 1, wherein the transmission of the media file from the at least one media node to the at least one media terminal completely bypasses the security measure. | Company makes, uses, sells and/or offers to sell the transmission of the media file from the at least one media node to the at least one media terminal completely bypasses the security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the SXBR3 player and the SiriusXM server do not require users to input a username and a password ("security measure") every time they communicate. Instead, the username and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the username and password (bypassing the security measure). Therefore, upon information and belief, the wireless channel created between SXBR3 player and the SiriusXM server completely bypasses at least one media terminal security measure. |

Exhibit 4 to the Complaint.

In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.

media terminal

Source:
https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers
(annotated)

## SiriusXM Music for Business
### Grace Digital SXBR2 and SXBR3 - Network Set Up Guide

This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 4 to the Complaint.



Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3

Exhibit 4 to the Complaint.



## Enter your SiriusXM Username and Passwod

**DynamicMedia**

### Step-by-Step

1. From the **Home Menu**
2. Scroll to **Settings** and press Knob to select
3. Press Knob to select **SiriusXM Account**
4. **Use the Knob to enter your SiriusXM Username and Password**



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 4:44

### Step-by-Step

1. From the **Home Screen**
2. **Press Soft Key of the music you want to listen to**
3. **Use the Scroll Know to select your desired channel**



media terminal

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 (annotated)

38

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [5]   The method of claim 1, wherein the at least one media terminal is an audio system. | Company makes, uses, sells and/or offers to sell at least one media terminal is an audio system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player is an audio system to stream multiple music channels.<br><br><br><br>media terminal<br><br>The Grace Digital SXBR3 is the third-generation of SiriusXM's most popular streaming player. This player streams over 200 SiriusXM music channels and now supports Pandora Artist Radio. The player also supports remote scheduling, which means the SXBR3 can be set up to automatically change channels based on time and day settings. The Grace Digital SXBR3 is the most versatile player in the SiriusXM streaming lineup and is a great choice for businesses both large and small.<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/ (annotated) |

Exhibit 4 to the Complaint.

## Installation

SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

### Step-by-Step

1. From the Home Screen
2. Press Soft Key of the music you want to listen to
3. Use the Scroll Know to select your desired channel



audio system

Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [6] | The | Company makes, uses, sells and/or offers to sell the communication link is at least one of a peer-to-peer connection, |

Exhibit 4 to the Complaint.

| system of claim 1, wherein the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection. | bluetooth connection, and a WiFi connection.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SXBR3 player uses the WiFi connection to receive the music channel from the SiriusXM server.<br><br>In terms of the streaming service, the only players that need to be installed are the dedicated business players. All you need to do is connect power, internet, and plug the player into your audio system. If there is a tricky part to a streaming player installation, it is to make sure your network firewall is set up in a way that allows the player to connect to the SiriusXM streaming servers. All of the network information for each player is front-and-center in our online support center. Click support in the top menu, click on your player, and locate the network setup document. Send the document to your IT department, and they'll have everything they need to open your network to the best business music human beings have ever experienced.<br>Source: https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers<br><br>**SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 |

Exhibit 4 to the Complaint.

# Installation

SXBR3 Business User Guide

The SiriusXM Business Radio allows you to listen to all of the channels in the SiriusXM Music for Business subscription package using a wired Ethernet connection or a wireless Internet connection (Wi-Fi).

To listen to the SiriusXM Music for Business Internet Service, you will need to subscribe to the service. If you have not yet subscribed, call **1-866-345-SIRIUS** (7474) to subscribe and obtain your SiriusXM Music for Business credentials (username and password).

Note that you cannot use a regular SiriusXM streaming subscription for the SiriusXM Business Radio. The Business Radio requires a Music for Business subscription.

The SiriusXM Business Radio supports a wireless Internet connection through any standard Wi-Fi 802.11 a/b/ g/n/ac, 2.4 & 5 GHz wireless Internet access point. This includes wireless networks which are WEP and WPA/ WPA2 Personal security protected and require a password, and wireless networks where the network name (SSID) is hidden. Once you have connected to a wireless network, the Business Radio will remember your network settings so you will not have to enter the information again, unless you perform a Reset to Factory Settings of the Business Radio.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 8 of 42

## Step 1: Connect to a Wireless Network

The easiest way to connect to a wireless network is to have the Business Radio scan for wireless networks, and then choose your wireless network from the list of wireless networks. The Business Radio will automatically do this the first time you power it on.

However, if your wireless network name (SSID) is hidden, or if your network is DHCP disabled, you'll have to manually enter the network settings. Refer to "Manually Connecting to a Wireless Network" on page 10.

Turning the **Tune knob** scrolls through menus and lists to highlight items, and pressing the **Tune knob** selects a highlighted item.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



**Easy Connection to a Wireless Network**

1. Plug the AC Power Adapter into an AC outlet, and plug the power plug into the connector on the rear of the SiriusXM Business Radio. Press the **Power** button if the Business Radio does not automatically turn on.

2. If the Business Radio has not previously connected to a wireless network, the Business Radio will display the Network Wizard screen, with Wireless highlighted. Press the **Tune Knob**.

   Otherwise, press the **Home** button and turn the **Tune Knob** to highlight Settings. Press the **Tune Knob** to select.

3. Turn the **Tune knob** to highlight Network Wizard and press **Tune knob** to select. Wireless will be highlighted; press **Tune knob** to select.

4. At the Wireless screen, Scan will be highlighted. Press the **Tune knob** to select.

5. Wait while the Business Radio scans for wireless networks and then select your wireless network from the list. Turn the **Tune knob** to highlight your wireless network and then press the **Tune knob** to select.

6. The Business Radio will attempt to connect to the wireless network. If you chose a network that requires a password, you will be prompted to enter the network password.

7. To enter the network password, turn the **Tune knob** to highlight each character of the password and press the **Tune knob** to select the character. Then enter the next character and continue until you have finished entering the password. If you make an error, press the **Delete** button to erase the entered character. When you have completed entering the network password, press the **Submit** button.

8. When the Business Radio has successfully connected to the wireless network, "Connected successfully" will be displayed.

If you have not yet entered your username and password, continue with "Step 2: Enter Your SiriusXM Business Radio Account Information" on page 12.

Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR3_UserGuide.pdf, Page 9 of 42

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [8] The system of claim 1, further | Company makes, uses, sells and/or offers to sell presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

Exhibit 4 to the Complaint.

| | |
|---|---|
| comprising presenting the at least one digital media file on a display. | For example, the SXBR3 player displays the selected music channel ("digital media file") for streaming.<br><br>**SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3<br><br>**Step-by-Step**<br>1. From the Home Screen<br>2. Press Soft Key of the music you want to listen to<br>3. Use the Scroll Know to select your desired channel<br><br><br><br>presenting the digital media file on a display<br><br>Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [9]   The system of claim 1, wherein the at least one digital media file is | Company makes, uses, sells and/or offers to sell at least one digital media file is provided by the at least one media node.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the SiriusXM server transmits the selected music channel to the SXBR3 player. |

Exhibit 4 to the Complaint.

| | |
|---|---|
| provided by the at least one media node. | **SiriusXM Music for Business**<br>Grace Digital SXBR2 and SXBR3 - Network Set Up Guide<br><br>This document outlines steps for (1) connecting your grace digital player to you network, and (2) allowing it to communicate with the SiriusXM servers in order to stream music.    — media node<br><br>Source: https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf, Page 1 of 3 (annotated)<br><br>**Step-by-Step**<br><br>1. From the Home Screen<br>2. Press Soft Key of the music you want to listen to<br>3. Use the Scroll Know to select your desired channel<br><br><br>Source: https://sxbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:43 |

Exhibit 4 to the Complaint.



Source: https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/, at 5:49 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

Exhibit 4 to the Complaint.

## 2.  List of References

1.  [https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/](https://sxmbusiness.com/help-center-siriusxm-music-for-business/siriusxm-sxbr3/), last accessed on November 17, 2023.
2.  [https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf](https://help.dynamicmediamusic.com/assets/SiriusXM/SXBR2_SXBR3_NetworkRequirements.pdf), last accessed on November 17, 2023.
3.  [https://sxmbusiness.com/](https://sxmbusiness.com/), last accessed on November 17, 2023.
4.  [https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers](https://sxmbusiness.com/?post_type=faq&df_post_type_search=faq&s=connect+to+the+SiriusXM+streaming+servers), last accessed on November 17, 2023.