AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Display Technologies, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-591 |
| Sirius XM Radio Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sirius XM Radio Inc.

Date:   01/11/2024

/s/ Mark Baghdassarian
*Attorney's signature*

Mark Baghdassarian ~ 3025558
*Printed name and bar number*

1177 Avenue of the Americas
New York, NY 10036

*Address*

mbaghdassarian@kramerlevin.com
*E-mail address*

(212) 715-9100
*Telephone number*

(212) 715-8000
*FAX number*