UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-cv-00591

Name of party requesting extension: Sirius XM Radio Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 12/27/2023

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other _____ days

New Deadline Date: 2/16/2024   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Mark A. Baghdassarian

State Bar No.: 3025558

Firm Name: Kramer Levin Naftalis & Frankel LLP

Address: 1177 Avenue of the Americas
New York, NY  10036

Phone: 212-715-9193

Fax: 212-715-8000

Email: Mbaghdassarian@kramerlevin.com

A certificate of conference does not need to be filed with this unopposed application.