**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |
|---|---|
| DISPLAY TECHNOLOGIES, LLC | ) |
|  | ) |
| *Plaintiff,* | ) |
|  | ) |
| v. | ) C.A. No. 2:23-cv-00591 |
|  | ) |
| SIRIUS XM RADIO, INC., | ) |
|  | ) |
| *Defendant.* | ) |
|  | ) |

**JOINT MOTION TO EXTEND THE DEADLINE TO ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff Display Technologies, LLC ("Display" or "Plaintiff") and Defendant Sirius XM

Radio, Inc. ("SXM" or "Defendant") (collectively, "the parties"), file this Joint Motion for

Extension of Time to Answer or Otherwise Respond to Plaintiff's Original Complaint and

respectfully move for fifteen (15) days, up to and including March 4, 2024.

SXM was served on December 27, 2023. SXM previously applied for, and was granted,

an extension of time to answer up to February 16, 2024.  Display and SXM are currently

engaged in discussions which would resolve this matter in its entirety, and therefore respectfully

request that the Court enter an order extending the time to answer or otherwise respond in this

case until March 4, 2024.  The parties have conferred and counsel for Display consents to and

joins this motion for extension.

The parties submit that this extension is needed to allow time for continued discussions

relating to early resolution, made in good faith, for good cause, and not for dilatory purposes.

Further, this motion to extend is intended to conserve judicial resources by pursuing an expedient

conclusion to this litigation, if possible.  Accordingly, Display and SXM respectfully request that

this Court extend the deadline for SXM to answer or otherwise respond to Plaintiff's complaint

up to and including March 4, 2024.

A proposed Order reflecting the parties' request for a stay is filed herewith.

Dated: February 7, 2024                                  Respectfully submitted,


By:   /s/ Mark A. Baghdassarian

Mark A. Baghdassarian
State Bar No. 3025558
mbaghdassarian@kramerlevin.com
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

**Counsel for Defendant Sirius
XM Radio, Inc.**

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have

consented to electronic service are being served with a copy of the foregoing via the Court's

CM/ECF system per Local Rule CV-5(a)(3) on February 7, 2024.

By:  */s/ Mark A. Baghdassarian*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC )<br><br>*Plaintiff,* )<br><br>v. )<br><br>SIRIUS XM RADIO, INC., )<br><br>*Defendant.* ) | C.A. No. 2:23-cv-00591 |

**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO ANSWER**
**OR OTHERWISE RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

WHEREFORE, this Court has considered Plaintiff Display Technologies, LLC and

Defendant Sirius XM Radio, Inc.'s Joint Motion for Extension of Time to Answer or Otherwise

Respond to Plaintiff's Original Complaint;

WHEREFORE, good cause appearing, it is therefore ORDERED that the deadline to

answer or otherwise respond in this case is extended up to and including March 4, 2024;

SO ORDERED.