# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No. 2:23-cv-00591 |
| SIRIUS XM RADIO INC., | ) **JURY TRIAL DEMANDED** |
| *Defendant*. | ) |

## NOTICE OF JOINT LETTER REGARDING MOTION TO DISMISS UNDER 35 U.S.C. § 101

Pursuant to the Court's Standing Order Regarding Motions Under 35 U.S.C. § 101 and Accompanying Certifications in Cases Assigned to United States District Judge Rodney Gilstrap, the parties in the above-captioned action hereby respectfully submit the joint letter, attached hereto.

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted, |
| /s/ *Randall T. Garteiser* | /s/ *Mark A. Baghdassarian* |
| Randall Garteiser | Mark A. Baghdassarian |
| Texas Bar No.: 24038912 | Shannon Hedvat |
| rgareiser@ghiplaw.com | Jeffrey Coleman |
| | mbaghdassarian@kramerlevin.com |
| **GARTEISER HONEA, PLLC** | shedvat@kramerlevin.com |
| 119 W. Ferguson Street Tyler, Texas 75702 | jcoleman@kramerlevin.com |
| 903-705-7420 | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *Attorneys for Plaintiff* | 1177 Avenue of the Americas |
| | New York, NY 10036 |
| | Tel: (212) 715-9100 |
| | Fax: (212) 715-8000 |
| | |
| | Melissa R. Smith |
| | Texas Bar No. 24001351 |
| | **GILLAM & SMITH, LLP** |
| | 303 South Washington Avenue |
| | Marshall, Texas 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | Email: melissa@gillamsmithlaw.com |
| | |
| | *Counsel for Defendant Sirius XM Radio Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 14th day of March 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*