# Exhibit B

| Cases | | | |
|---|---|---|---|
| **Case Numbers** | | | |
| | From Accusations Involving Selected Parties | | |
| **Case** | **Case Filing Date** | **Case Terminated** | **Case Status** |
| Digital Technologies, LLC v. Sony Computer Entertainment America LLC 2-15-cv-00997 (EDTX) | 06/08/2015 | 12/30/2015 | Terminated |
| Digital Technologies, LLC v. NVIDIA Corporation 2-15-cv-00998 (EDTX) | 06/08/2015 | 07/25/2016 | Terminated |
| Digital Technologies, LLC v. Valve Corporation 2-15-cv-00999 (EDTX) | 06/08/2015 | 01/14/2016 | Terminated |
| Digital Technologies, LLC v. Samsung Electronics America, Inc. et al 2-15-cv-01000 (EDTX) | 06/08/2015 | 03/22/2016 | Terminated |
| Display Technologies, LLC v. Ricoh Americas Corporation 2-15-cv-01631 (EDTX) | 10/07/2015 | 04/27/2016 | Terminated |
| Display Technologies, LLC v. JK Imaging Ltd. 2-15-cv-01632 (EDTX) | 10/07/2015 | 03/09/2016 | Terminated |
| Display Technologies, LLC v. C&A IP Holdings, LLC 2-15-cv-01633 (EDTX) | 10/07/2015 | 04/27/2016 | Terminated |
| Display Technologies, LLC v. GoPro, Inc. 2-15-cv-01634 (EDTX) | 10/07/2015 | 01/26/2016 | Terminated |
| Display Technologies, LLC v. BLU Products, Inc. 2-17-cv-00067 (EDTX) | 01/23/2017 | 05/16/2018 | Terminated |
| Display Technologies, LLC v. ZTE (USA) Inc. 2-17-cv-00068 (EDTX) | 01/23/2017 | 05/16/2018 | Terminated |
| Display Technologies, LLC v. LG Electronics USA, Inc. 2-17-cv-00069 (EDTX) | 01/23/2017 | 07/13/2017 | Terminated |

| Case | Filed | Closed | Status |
|---|---|---|---|
| Display Technologies, LLC v. HTC America, Inc. 2-17-cv-00070 (EDTX) | 01/23/2017 | 07/10/2017 | Terminated |
| Display Technologies, LLC v. Canon USA, Inc. 2-17-cv-00192 (EDTX) | 03/13/2017 | 11/03/2017 | Terminated |
| Display Technologies, LLC v. Nikon, Inc. 2-17-cv-00193 (EDTX) | 03/13/2017 | 06/14/2017 | Terminated |
| Display Technologies, LLC v. Olympus America Inc. 2-17-cv-00194 (EDTX) | 03/13/2017 | 06/08/2017 | Terminated |
| Display Technologies, LLC v. Panasonic Corporation 2-17-cv-00195 (EDTX) | 03/13/2017 | 08/04/2017 | Terminated |
| Display Technologies, LLC v. Ricoh Americas Corporation 2-17-cv-00196 (EDTX) | 03/13/2017 | 06/08/2017 | Terminated |
| Display Technologies, LLC v. HTC America, Inc. 2-17-cv-01057 (WDWA) | 07/10/2017 | 11/14/2017 | Terminated |
| Display Technologies, LLC v. Gibson Innovations USA, Inc. 1-17-cv-01426 (DDE) | 10/11/2017 | 02/22/2019 | Terminated |
| Display Technologies, LLC v. Pioneer & Onkyo U.S.A. Corporation 1-17-cv-01427 (DDE) | 10/11/2017 | 06/21/2018 | Terminated |
| Display Technologies, LLC v. Yamaha Corporation of America 3-17-cv-03005 (NDTX) | 10/31/2017 | 02/01/2018 | Terminated |
| Display Technologies LLC v. Yamaha Corporation of America 2-18-cv-00861 (CDCA) | 02/02/2018 | 06/26/2018 | Terminated |
| Display Technologies, LLC v. JVCKenwood USA Corporation 2-18-cv-07244 (CDCA) | 08/17/2018 | 04/17/2019 | Terminated |
| Display Technologies, LLC v. Como Audio, LLC 1-18-cv-01390 (DDE) | 09/06/2018 | 01/02/2019 | Terminated |
| Display Technologies, LLC v. Pyle Pro Audio Corp. 1-19-cv-04282 (EDNY) | 07/25/2019 | 12/27/2019 | Terminated |

| | | | |
|---|---|---|---|
| Display Technologies, LLC v. Inmusic, LLC 0-19-cv-61896 (SDFL) | 07/26/2019 | 10/24/2019 | Terminated |
| Display Technologies, LLC v. Klip Xtreme, LLC 0-19-cv-61897 (SDFL) | 07/26/2019 | 02/28/2020 | Terminated |
| Display Technologies, LLC v. Furrion LLC 3-19-cv-00699 (NDIN) | 08/29/2019 | 02/25/2020 | Terminated |
| Display Technologies, LLC v. Alpine Electronics of America, Inc. 2-20-cv-10392 (EDMI) | 02/14/2020 | 07/22/2020 | Terminated |
| Display Technologies, LLC v. Aston Martin LLC 1-20-cv-00258 (DDE) | 02/23/2020 | 08/16/2021 | Terminated |
| Display Technologies, LLC v. FCA US LLC 1-20-cv-00259 (DDE) | 02/23/2020 | 06/16/2020 | Terminated |
| Display Technologies, LLC v. Ferrari North America, Inc. 1-20-cv-00260 (DDE) | 02/23/2020 | 06/16/2020 | Terminated |
| Display Technologies, LLC v. Jaguar Land Rover North America, LLC 1-20-cv-00261 (DDE) | 02/23/2020 | 09/30/2020 | Terminated |
| Display Technologies, LLC v. Ava Enterprises LLC 1-20-cv-00262 (DDE) | 02/23/2020 | 04/01/2020 | Terminated |
| Display Technologies, LLC v. Soundstream, Inc. 1-20-cv-00334 (DDE) | 03/04/2020 | 03/30/2020 | Terminated |
| Display Technologies, LLC v. Ava Enterprises, Inc. 2-20-cv-03054 (CDCA) | 04/01/2020 | 08/10/2020 | Terminated |
| Display Technologies, LLC v. AP Global, Inc. 2-20-cv-05041 (CDCA) | 06/08/2020 | 04/30/2021 | Terminated |
| Display Technologies, LLC v. Clarion Corporation of America 8-20-cv-01028 (CDCA) | 06/08/2020 | 10/13/2020 | Terminated |
| Display Technologies, LLC v. Mazda Motor of America, Inc. 8-20-cv-01029 (CDCA) | 06/08/2020 | 09/29/2020 | Terminated |

| | | | |
|---|---|---|---|
| Display Technologies, LLC v. Namsung America, Inc. d/b/a Dual Electronics Corporation 6-20-cv-01405 (MDFL) | 08/06/2020 | 10/13/2020 | Terminated |
| Display Technologies, LLC v. Audio Partnership LLC 8-20-cv-01828 (MDFL) | 08/06/2020 | 10/21/2020 | Terminated |
| Display Technologies, LLC v. Zenreach, Inc. 5-20-cv-06621 (NDCA) | 09/22/2020 | 02/19/2021 | Terminated |
| Display Technologies, LLC v. Cloud4Wi, Inc. 1-20-cv-07803 (SDNY) | 09/22/2020 | 10/21/2021 | Terminated |
| Display Technologies, LLC v. Leantegra, Inc. 1-20-cv-07816 (SDNY) | 09/22/2020 | 05/16/2022 | Terminated |
| Display Technologies, LLC v. Mobstac, Inc. 1-20-cv-07817 (SDNY) | 09/22/2020 | 11/16/2020 | Terminated |
| Display Technologies, LLC v. GoZone WiFi, LLC 8-20-cv-02679 (MDFL) | 11/13/2020 | 07/06/2021 | Terminated |
| Display Technologies, LLC v. Paedae, Inc. 2-20-cv-11287 (CDCA) | 12/14/2020 | 06/18/2021 | Terminated |
| Display Technologies, LLC v. Porsche Cars North America, Inc. 6-21-cv-00230 (WDTX) | 03/09/2021 | 11/24/2021 | Terminated |
| Display Technologies, LLC v. General Motors, LLC 6-21-cv-00240 (WDTX) | 03/10/2021 | 08/23/2021 | Terminated |
| Display Technologies, LLC v. Harley-Davidson, Inc. 6-21-cv-00242 (WDTX) | 03/10/2021 | 04/14/2021 | Terminated |
| Display Technologies, LLC v. American Honda Motor Co., Inc. 6-21-cv-00304 (WDTX) | 03/29/2021 | 09/24/2021 | Terminated |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc. 1-21-cv-00283 (WDTX) | 03/30/2021 | 03/31/2021 | Terminated |
| Display Technologies, LLC v. Toyota Motor Sales, USA, Inc. 6-21-cv-00313 (WDTX) | 03/30/2021 | 03/24/2022 | Terminated |

| Case | Filed | Terminated | Status |
|---|---|---|---|
| Display Technologies, LLC v. Mercedes-Benz USA, LLC 6-21-cv-00766 (WDTX) | 07/27/2021 | 10/15/2021 | Terminated |
| Display Technologies, LLC v. OLYMPUS CORPORATION OF THE AMERICAS 5-21-cv-03502 (EDPA) | 08/05/2021 | 12/08/2021 | Terminated |
| Display Technologies, LLC v. Greater Goods, LLC 4-21-cv-00988 (EDMO) | 08/07/2021 | 11/30/2021 | Terminated |
| Display Technologies, LLC v. iHealth Labs, Inc. 3-21-cv-06454 (NDCA) | 08/20/2021 | 09/15/2021 | Terminated |
| Display Technologies, LLC v. Ascensia Diabetes Care US Inc. 2-21-cv-16342 (DNJ) | 08/31/2021 | 12/21/2021 | Terminated |
| Display Technologies, LLC v. Nikon Americas, Inc. 2-21-cv-04904 (EDNY) | 08/31/2021 | 10/07/2021 | Terminated |
| Display Technologies, LLC v. Omcron Healthcare, Inc. 1-21-cv-04783 (NDIL) | 09/09/2021 | 06/10/2022 | Terminated |
| Display Technologies, LLC v. ForaCare, Inc. 2-21-cv-07507 (CDCA) | 09/20/2021 | 12/01/2021 | Terminated |
| Display Technologies, LLC v. Microlife USA, Inc. 8-21-cv-02487 (MDFL) | 10/22/2021 | 12/17/2021 | Terminated |
| Display Technologies, LLC v. Microlife USA, Inc. 0-21-cv-62199 (SDFL) | 10/22/2021 | 10/25/2021 | Terminated |
| Display Technologies, LLC v. Trividia Health, Inc. 0-21-cv-62206 (SDFL) | 10/25/2021 | 02/01/2022 | Terminated |
| Display Technologies, LLC v. Volvo Car USA, LLC 6-21-cv-01111 (WDTX) | 10/27/2021 | 06/14/2022 | Terminated |
| Display Technologies, LLC v. Nonin Medical, Inc. 0-21-cv-02456 (DMN) | 11/05/2021 | 01/20/2022 | Terminated |
| Display Technologies, LLC v. Arkray USA, Inc 0-21-cv-02458 (DMN) | 11/05/2021 | 03/16/2022 | Terminated |
| Display Technologies, LLC v. BMW of North America, LLC 6-21-cv-01214 (WDTX) | 11/22/2021 | 01/13/2022 | Terminated |

| Case | Filed | Terminated | Status |
|---|---|---|---|
| Display Technologies, LLC v. i-SENS USA, Inc.<br>2-21-cv-09614 (CDCA) | 12/13/2021 | 01/24/2022 | Terminated |
| Display Technologies, LLC v. A&D Medical Company, Limited<br>3-21-cv-09595 (NDCA) | 12/13/2021 | 03/21/2022 | Terminated |
| Display Technologies, LLC v. Beurer North America, LP<br>0-21-cv-62521 (SDFL) | 12/17/2021 | 02/16/2022 | Terminated |
| Display Technologies, LLC v. Dariohealth Corp.<br>1-21-cv-11141 (SDNY) | 12/29/2021 | 03/09/2022 | Terminated |
| Display Technologies, LLC v. Hill-Rom Holdings, Inc.<br>1-22-cv-00117 (NDIL) | 01/07/2022 | 04/06/2022 | Terminated |
| Display Technologies, LLC v. Etekcity Corporation<br>8-22-cv-00062 (CDCA) | 01/12/2022 | 02/04/2022 | Terminated |
| Display Technologies, LLC v. Mocacare Corp.<br>5-22-cv-00219 (NDCA) | 01/12/2022 | | Active |
| Display Technologies, LLC v. Informed Data Systems, Inc.<br>1-22-cv-00441 (SDNY) | 01/18/2022 | 04/14/2022 | Terminated |
| Display Technologies, LLC v. Sony Corporation Of America<br>1-22-cv-00488 (SDNY) | 01/19/2022 | 04/15/2022 | Terminated |
| Display Technologies, LLC v. BOSS International Group, Inc.<br>2-22-cv-02681 (CDCA) | 04/21/2022 | 06/01/2022 | Terminated |
| Display Technologies, LLC v. Bionime USA Corporation<br>5-22-cv-00687 (CDCA) | 04/21/2022 | 06/02/2022 | Terminated |
| Display Technologies, LLC v. Epsilon Electronics, Inc.<br>2-22-cv-02897 (CDCA) | 05/01/2022 | 08/29/2022 | Terminated |
| Display Technologies, LLC v. Ford Motor Company<br>6-22-cv-00515 (WDTX) | 05/20/2022 | 02/17/2023 | Terminated |
| Display Technologies, LLC v. Nissan North America, Inc.<br>6-22-cv-00516 (WDTX) | 05/20/2022 | 02/14/2023 | Terminated |
| Display Technologies, LLC v. Rossmax USA, INC.<br>3-22-cv-00772 (SDCA) | 05/27/2022 | 06/16/2022 | Terminated |

| Case | Filed | Terminated | Status |
|---|---|---|---|
| Display Technologies LLC v. Valve Corporation 2-22-cv-01365 (WDWA) | 09/27/2022 | 10/13/2022 | Terminated |
| Display Technologies, LLC v. Roche Diabetes Care, Ltd. 2-23-cv-00585 (EDTX) | 12/11/2023 | | Active |
| Display Technologies, LLC v. Dexcom, Inc. 2-23-cv-00589 (EDTX) | 12/12/2023 | | Active |
| Display Technologies, LLC v. Sirius XM Radio Inc. 2-23-cv-00591 (EDTX) | 12/12/2023 | | Active |
| Display Technologies, LLC v. Activision Publishing, Inc. 2-24-cv-00043 (EDTX) | 01/24/2024 | | Active |
| Display Technologies, LLC v. Wondershare Technology Group Co Ltd. 2-24-cv-00046 (EDTX) | 01/25/2024 | | Active |
| Display Technologies, LLC v. Discord Inc. 5-24-cv-00703 (NDCA) | 02/06/2024 | | Active |
| Display Technologies, LLC v. Vivint, Inc. 2-24-cv-00098 (EDTX) | 02/13/2024 | | Active |