# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| DISPLAY TECHNOLOGIES, LLC | ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 2:23-cv-00591 ) |
| SIRIUS XM RADIO INC., | ) **JURY TRIAL DEMANDED** ) |
| *Defendant*. | ) ) ) |

## NOTICE OF JOINT LETTER REGARDING MOTION TO DISMISS UNDER 35 U.S.C. § 101

Pursuant to the Court's Standing Order Regarding Motions Under 35 U.S.C. § 101 and Accompanying Certifications in Cases Assigned to United States District Judge Rodney Gilstrap, the parties in the above-captioned action hereby respectfully submit the joint letter, attached hereto.

| | |
|---|---|
| Dated: April 10, 2024 | Respectfully submitted, |
| /s/ *Randall T. Garteiser* <br> Randall Garteiser <br> Texas Bar No.: 24038912 <br> rgareiser@ghiplaw.com <br><br> **GARTEISER HONEA, PLLC** <br> 119 W. Ferguson Street Tyler, Texas 75702 <br> 903-705-7420 <br> *Attorneys for Plaintiff* | /s/ *Mark A. Baghdassarian* <br> Mark A. Baghdassarian <br> Shannon Hedvat <br> Jeffrey Coleman <br> mbaghdassarian@kramerlevin.com <br> shedvat@kramerlevin.com <br> jcoleman@kramerlevin.com <br> **KRAMER LEVIN NAFTALIS & FRANKEL LLP** <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br> Tel: (212) 715-9100 <br> Fax: (212) 715-8000 <br><br> Melissa R. Smith <br> Texas Bar No. 24001351 <br> **GILLAM & SMITH, LLP** <br> 303 South Washington Avenue <br> Marshall, Texas 75670 <br> Telephone: (903) 934-8450 <br> Facsimile: (903) 934-9257 <br> Email: melissa@gillamsmithlaw.com <br><br> *Counsel for Defendant Sirius XM Radio Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 10th day of April 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*