IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 2:23-cv-00591<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Defendant Sirius XM Radio Inc. ("SXM") files this Unopposed Motion for Entry of Protective Order. The Parties have conferred and agreed upon the Protective Order. Therefore, SXM respectfully requests that the Court approve and enter same, a copy of which is attached hereto for the Court's entry.

Dated: April 15, 2024    Respectfully submitted,

/s/ *Mark A. Baghdassarian*
Mark A. Baghdassarian
Shannon Hedvat
Jeffrey Coleman
mbaghdassarian@kramerlevin.com
shedvat@kramerlevin.com
jcoleman@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Sirius XM Radio Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(i). Counsel for Plaintiff indicated that Plaintiff does not oppose the relief sought in this Motion.

/s/ *Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

I certify that on April 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Melissa R. Smith*
Melissa R. Smith