IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00591-JRG-RSP |
| SIRIUS XM RADIO, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Display Technologies, LLC ("Plaintiff") and Sirius XM Radio Inc. ("Defendant"). (Dkt. No. 31.) In the Stipulation, the parties request dismissal of the above-captioned action WITH prejudice under Rule 41(a)(1)(A)(ii). (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action that were, or could have been, asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Oct 8, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE